Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00917-CR

## IN RE Patrick Keith SCHUH

Original Mandamus Proceedings[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  January 28, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On December 18, 2008, relator Patrick Keith Schuh filed a petition for writ of mandamus complaining of the trial court's failure to rule on various motions. Mr. Jesus David Garza has been appointed to represent relator in the trial court. We conclude that relator's appointed counsel is also his counsel for an original proceeding on the issues presented.

To obtain mandamus relief in a criminal matter, the relator must establish: (1) the act sought to be compelled is ministerial rather than discretionary in nature, and (2) there is no adequate remedy at law. *Deleon v. District Clerk*, 187 S.W.3d 473, 474 (Tex. Crim. App. 2006). Respondent has no ministerial duty to rule on relator's pro se motion because relator is

---

[1] This proceeding arises out of Cause No. 2008-CR-7669, styled *State of Texas v. Patrick Keith Schuh*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.

represented by appointed counsel and is not entitled to hybrid representation. *See Robinson v. State*, 240S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). Consequently, the respondent did not violate a ministerial duty by declining to rule on relator's motion. Therefore, this court has determined that relator is not entitled to the relief sought, and the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH